■ In the Matter of SAM POLUR, an Attorney.—Motion to vacate an order of suspension, and cross-motion seeking imposition of sanctions against movant, a disbarred attorney and non-party to this proceeding, denied. Concur—Murphy, P. J., Ellerin, Kupferman, Ross and Rubin, JJ.